No. 79, Orig. OKLAHOMA v. ARKANSAS. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45

days. Replies to such Exceptions, with supporting briefs, may be filed within 30 days. [For earlier order herein, see, e. g., 439 U. S. 1124.]